IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
DAVID FLORES-HERNANDEZ
Defendant

CRIMINAL 13-0388CCC

## ORDER

Having considered the Report and Recommendation filed on July 18, 2013 (**docket entry 28**) on a Rule 11 proceeding of defendant David Flores-Hernández held before U.S. Magistrate Judge Marcos E. López on July 11, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 11, 2013. The **sentencing hearing is set for October 22, 2013 at 4:40 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 5, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge